IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | No. 11-13 |
| ANTHONY DOUGLAS ELONIS | : | |
| | : | |

## ORDER

AND NOW, this 20th day of October, 2011, upon consideration of the Defendant's Motion to Dismiss the Indictment (Doc. #24) and the Government's Response (Doc. #33), it is hereby ORDERED that the Motion to Dismiss the Indictment is DENIED.

BY THE COURT:

/s/LAWRENCE F. STENGEL
LAWRENCE F. STENGEL, J.