IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | No. 11-13 |
| ANTHONY DOUGLAS ELONIS | : | |
| | : | |

**O R D E R**

**AND NOW**, this 19th day of September, 2012, upon consideration of the Defendant's Motion to Dismiss the Indictment under Rule 12(b)(3); Alternatively, for New Trial under Rule 33(a), to Arrest Judgment under Rule 34(b) and/or Dismissal under Rule 29(c) (Doc. No. 62) and the Government's Response thereto (Doc. No. 70), it is hereby ORDERED that the Motion is **DENIED**.

BY THE COURT:

/s/LAWRENCE F. STENGEL
LAWRENCE F. STENGEL, J.