IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | No. 11-13 |
| ANTHONY DOUGLAS ELONIS | : | |
| | : | |

## O R D E R

**AND NOW**, this 16th day of January, 2013, upon consideration of the Defendant's Motion for Release Pending Appeal (Doc. No. 85) and all Responses and Replies thereto, it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

/s/LAWRENCE F. STENGEL
LAWRENCE F. STENGEL, J.